**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donnell WILSON, Jr., a.k.a. Donell Wilson, Jr., Defendant– Appellant.**

No. 12–50455.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2013.*

Filed June 25, 2013.

Benjamin Robert Barron, Curtis A. Kin, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Brian A. Newman, Esquire, Law Offices of Brian A. Newman, Redondo Beach, CA, for Defendant–Appellant.

Before: TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

MEMORANDUM **

Donnell Wilson, Jr., appeals from the district court's judgment and challenges the revocation of supervised release and the 11–month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Wilson's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Wilson the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

3. The parties shall bear their own costs on appeal.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.